

25 Newbridge Road
Suite 203
Hicksville, NY 11801

P: 800.692.3717
P: 516.742.3636
F: 516.742.3994

www.workerslaw.com

Author's Direct:

**VIA ECF**

May 2, 2022

Hon. Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007



| | |
|---|---|
| Claimant: | Murray v. Commissioner of Social Security |
| Case #: | 1:21-cv-09543-KPF |

Dear Judge Failla:

This matter was filed on November 17, 2021 (Dkt 1).  Pursuant to your Order on November 18, 2021, Plaintiff's motion is due May 14, 2022.
Recently, the partner in charge of the department retired and his assistant left the firm, leaving me as the only person left in my firm handling Federal Court matters in Social Security.  I have 10 motions due in the next 16 days and a total of 15 in the next month, not including EAJA petitions. Needless to say I am temporarily understaffed.

Please accept this letter as Plaintiff's first request for a 60 extension of time on all briefing schedule matters.  Plaintiff to file and serve his motion on or before July 13, 2022.  Defendant to serve cross-motion by September 11, 2022.  Plaintiff's reply, if any, due October 2, 2022.  I contacted Defense counsel and received consent to the extension.

Very truly yours,

PASTERNACK TILKER ZIEGLER
WALSH STANTON & ROMANO, LLP

*J. Anklowitz*

J. Anklowitz
Attorney for Plaintiff

Cc (via e-mail):
    Nicol Fitzhugh, SSA-Ogc
    601 E. 12th St., Room 965
    Kansas City, MO 64106
    Email: nicol.fitzhugh@ssa.gov
    Attorney for Defendant

Application GRANTED.

The Clerk of Court is directed to terminate the motion at docket entry 12.

Dated: May 2, 2022
       New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE